UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Jose Isabel RUBIO-Lopez | Magistrate's Case No. 07 MJ 2383<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about October 4, 2007, within the Southern District of California, defendant Jose Isabel RUBIO-Lopez did knowingly and intentionally import approximately 85.60 kilograms (188.72 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 5th day of October, 2007.

_____
United States Magistrate Judge

United States of America
         VS.
Jose Isabel RUBIO-Lopez

## PROBABLE CAUSE STATEMENT

On October 4, 2007 at approximately 04:45 hours, during pre-primary roving operations at the San Ysidro Port of Entry San Diego, California, a Canine Enforcement Officer (CEO) and his assigned Human and Narcotic Detector Dog came in contact with RUBIO. The Human and Narcotic Detector Dog alerted to a narcotic odor emitting from the undercarriage and door seam area of a Plymouth Voyager bearing California License Plate 3BAP920. The vehicle was awaiting inspection on lane 22. The CEO followed the vehicle to the inspection booth and told the Customs and Border Protection Officer (CBPO) of the alert.

Jose Isabel RUBIO-Lopez attempted to enter the United States from Mexico at the San Ysidro Port of Entry San Diego, California as the driver and sole occupant of a Plymouth Voyager bearing California license plate 3BAP920. RUBIO displayed a U.S. Passport with the name Pablo Guzman Garcia to the CBPO, thus assuming the identity of Pablo Guzman Garcia. CBPO received two negative customs declarations from RUBIO. RUBIO claimed that the vehicle belonged to him and that he was on his way to work. Anti-Terrorism and Contraband Enforcement Team (AT-CET) members responded and escorted RUBIO to the security office and at the same time the vehicle was taken into the vehicle secondary lot for further inspection.

While in the vehicle secondary lot, a CBPO noticed the bench seats were hard. The CBPO used a knife to cut a small hole in the upholstery of the bench seat and noticed several packages wrapped in yellow tape inside the bench seat. A total of 38 packages containing approximately 85.60 kilograms of marijuana were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

RUBIO was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.