

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> JOSE ISABEL RUBIO-LOPEZ,         )<br>                                  )<br>           Defendant.            )<br>_____) | Criminal Case No. 07CR2997-JM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about October 4, 2007, within the Southern District of California, defendant JOSE ISABEL RUBIO-LOPEZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 85.60 kilograms (approximately 188.72 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/1/07.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:drh: San Diego
10/16/07